**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00156-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

MT ROCK CHURCH, an entity of unknown origin and nature;
ROBERT EDWARDS, an individual; and
JOHN POZNIAK, an individual,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE**

Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on January 21, 2011, for copyright infringement against Defendants MT ROCK CHURCH, an entity of unknown origin and nature, ROBERT EDWARDS and JOHN POZNIAK (hereinafter "Defendants").  Righthaven and Defendants have agreed to settle the matter by a written agreement.  No responsive pleadings having been filed by Defendants, and no trial date having been set by this Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this 3rd day of March, 2011.

                                              By: /s/ Steven G. Ganim
                                              STEVEN G. GANIM, ESQ.
                                              Righthaven LLC
                                              9960 West Cheyenne Avenue, Suite 210
                                              Las Vegas, Nevada 89129-7701
                                              Tel: (702) 527-5900
                                              Fax: (702) 527-5909
                                              sganim@righthaven.com

                                              *Attorneys for Plaintiff Righthaven LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 3rd day of March, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Steven G. Ganim
Steven G. Ganim, Esq.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

Shawn A. Mangano, Esq.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

*Attorneys for Plaintiff Righthaven LLC*